**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA LOPEZ MANZO, | Case No. CV 19-2844 DMG (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ENERGIZER HOLDINGS, INC.; ENERGIZER MANUFACTURING, INC.; and ENERGIZER, LLC, | |
| Defendants. | |

This Court having granted with prejudice Defendants Energizer Holdings, Inc., Energizer Manufacturing, Inc., and Energizer, LLC's motion to dismiss Plaintiff Esperanza Lopez Manzo's Third Amended Class Action Complaint by order dated July 17, 2020,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiff.

DATED: July 17, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE